AO 440 (Rev. 12-09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| VLADIMIR MARMOLEJOS ET AL. | ) | |
| *Plaintiff* | ) ) ) | 11-cv-01633-FAB |
| v. | ) | Civil Action No. 3:11-cv- |
| UNITED STATES OF AMERICA, ETC. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Hon. Eric H. Holder, Jr.
    Attorney General
    U. S. Department of Justice
    950 Pennsylvania Ave., N.W.
    Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gabriel I. Peñagarícano
    PMB 239
    405 Esmeralda Ave.
    Guaynabo, P.R. 00969-4466

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

Date: 7/5/2011 ~~04/03/2011~~

JOSE L. ARROYO
Deputy Clerk

*Signature of Clerk or Deputy Clerk*